# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 25-4043-JPR**                              Date: **August 20, 2025**

Title:  **Kevin Cox v. Mitchell Jaguar & Land Rover Serv., Inc., et al.**

===========================================================

**DOCKET ENTRY: Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute**

===========================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                None present

**PROCEEDINGS: (IN CHAMBERS)**

Plaintiff filed this ADA lawsuit on May 6, 2025.  Under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the Complaint and Summons on Defendants by no later than August 4 and file proof of service.  See also Fed. R. Civ. P. 4(l)(l) (requiring proof of service by affidavit).  Under new Local Rule 4-6, proof of service must be filed "within 14 days of service of the summons and complaint or receipt of a notice and acknowledgment of service."  Thus, the proof of service was due at the latest on August 18, 2025.

Plaintiff has filed a proof of service for Defendant Peretz but not for Defendant Mitchell Jaguar.  Moreover, Peretz's answer to the Complaint was due yesterday and yet none was filed.

No later than seven days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to effect service and failure to prosecute.  If he does not timely respond, this lawsuit will likely be dismissed without prejudice.

MINUTES FORM 11                                Initials of Deputy Clerk: bm
CIVIL-GEN