# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 25-4043-JPR**                                                      Date: **September 25, 2025**
Title:  **Kevin Cox v. Mitchell Jaguar & Land Rover Serv., Inc., et al.**
==================================================================
**DOCKET ENTRY: Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute**
==================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                           ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

    Plaintiff filed this ADA lawsuit on May 6, 2025.  After the Court issued an earlier OSC, he filed a proof of service for Defendant Mitchell Jaguar and moved for entry of default by the Clerk on Defendant David Peretz, who had previously been served.  Mitchell's answer to the Complaint was due on September 17, but none has been filed and Plaintiff has not moved for default to be entered against it.  Nor has he moved for default judgment against Defendant Peretz.

    No later than 14 days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to prosecute.  If he does not timely respond, this lawsuit will be dismissed unless within that same time period he takes some other action to prosecute his claims.

MINUTES FORM 11                                                                       Initials of Deputy Clerk : bm
CIVIL-GEN